MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR.*
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. McDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
MICHAEL B. DESANCTIS*
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
ROSEMARIE T. RING
MELINDA EADES LeMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG*
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
GEORGE CLAYTON FATHEREE, III
KELLY L.C. KRIEBS
JEREMY A. LAWRENCE
LAURA K. LIN
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
CHRISTOPHER M. LYNCH*
ADAM I. KAPLAN
KENNETH M. TRUJILLO-JAMISON
MARI OVERBECK
JORDAN D. SEGALL
WESLEY T.L. BURRELL
KAREN A. LORANG
CRAIG A. LAVOIE
ELIA HERRERA
JOSHUA S. MELTZER
MAPIA JHAI
ADAM P. BARRY
JENNIFER L. BRYANT
ANDREW CATH RUBENSTEIN
JEFFREY A. PAYNE
HANNAH L. DUBINA

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

NICHOLAS D. FRAM
JOHN L. SCHWAB
J'ME K. FORREST
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
ARIEL C. GREEN
ELIZABETH A. LAUGHTON
EMILY CURRAN-HUBERTY
JORDAN X. NAVARETTE
JOHN B. MAJOR
LAUREN C. BARNETT
C. HUNTER HAYES
AARON D. PENNEKAMP
TREVOR N. TEMPLETON
SKYLAR D. BROOKS
ELIZABETH R. DYER
ELIZABETH A. KIM
SUSAN S. HAR
THOMAS RUBINSKY
NICHOLAS DUFAU
LAURA M. LOPEZ
MICHAEL C. BAKER
NAJEE K. THORNTON
SARAH G. BOYCE*
MOLLY K. PRIEDEMAN
WILLIAM LARSEN
CELIA R. CHOY*
ADELE M. EL-KHOURI*
COLIN A. DEVINE
DANE P. SHIKMAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
JONATHAN S. MELTZER*
SAMUEL JOSÉ DÍAZ
LAUREN M. HARDING
NEFI D. ACOSTA
STEPHANIE G. HERRERA
TERESA REED DIPPO
GRANT R. ARNOW
DANIEL BENYAMIN
SARA A. McDERMOTT
J. MAX ROSEN
M. ELIZA HANEY
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL
ANNE K. CONLEY
GRAHAM B. COLE
KATHERINE G. INCANTALUPO
SUSAN M. PELLETIER*
SARAH S. LEE
DAVID P. THORESON
DAVID W. MORESHEAD
ANDREW W. BREWSTER III
TERRA D. LAUGHTON
ROWLEY J. RICE
DAHLIA MIGNOUNA*
SEAN P. BARRY
JEREMY S. KREISBERG*
JOHN D. MAHER
MADELINE D. SWAN
GINA F. ELLIOTT
BRANDON R. TEACHOUT
DAVID W. WALCHAK
SEGUN I. BABATUNDE II
CARSON C. ZHENG
LUCAS J. ARTAIZ
USHA CHILUKURI VANCE
BRIAN J. SPRINGER
JENTRY LANZA
CATHERINE N. GRECH
TYLER HILTON
VINCENT LING

OF COUNSEL

ROBERT K. JOHNSON
ALAN V. FRIEDMAN
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
ALLISON B. STEIN
BRAD SCHNEIDER
ERIC P. TUTTLE
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
DAVID S. HONG
ADAM R. LAWTON
MATTHEW S. SCHONHOLZ
MICHAEL E. GREANEY

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC,
ALL OTHERS ADMITTED IN CA

July 17, 2019

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Asylum Seeker Advocacy Project, et al. v. Barr, et al.*,
No. 19 Civ. 6443 (JMF)

Dear Judge Furman:

In light of the Court's order requiring lead trial counsel of record to appear in person at the hearing at 11:00AM on Thursday, July 18, 2019, and out of an abundance of caution, Plaintiffs wish to inform the Court that their intention is to have two attorneys, Mr. Phillips and Mr. Arulanantham, be the co-lead counsel in this case. Mr. Phillips (undersigned) will attend the hearing in person. Mr. Arulanantham expected to attend the hearing but is unable to do so. Therefore, Plaintiffs respectfully request leave for Mr. Arulanantham to appear telephonically for the hearing. Plaintiffs apologize for any inconvenience this may cause the Court and Defendants.

MUNGER, TOLLES & OLSON LLP

The Honorable Jesse M. Furman
July 17, 2019
Page 2

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: ___Bradley S. Phillips /auth. GFE___
    BRADLEY S. PHILLIPS
    (*admitted pro hac vice*)
GREGORY D. PHILLIPS (*admitted pro hac vice*)
ROBERT L. DELL ANGELO (*admitted pro hac vice*)
MELINDA E. LEMOINE
SKYLAR BROOKS (*admitted pro hac vice*)
GINA F. ELLIOTT (*admitted pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
Email:   *brad.phillips@mto.com*
    *gregory.phillips@mto.com*
    *robert.dellangelo@mto.com*
    *melinda.lemoine@mto.com*
    *skylar.brooks@mto.com*
    *gina.elliott@mto.com*

AHILAN T. ARULANANTHAM*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone:   (213) 977-5211
Facsimile:   (213) 977-5297
Email:   *aarulanantham@aclusocal.org*

42488737.1

MUNGER, TOLLES & OLSON LLP

The Honorable Jesse M. Furman
July 17, 2019
Page 3

                                CHRISTOPHER DUNN
                                AMY BELSHER
                                ROBERT HODGSON
                                NEW YORK CIVIL LIBERTIES UNION
                                FOUNDATION
                                125 Broad Street—19th Floor
                                New York, New York 10004
                                Telephone:   (212) 607-3300
                                Facsimile:    (212) 607-3318
                                Email:          *cdunn@nyclu.org*

                                *Counsel for Plaintiffs*

                                \* *Application for Pro Hac Vice forthcoming*

42488737.1